CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Caleb Spencer Donovan Resurreccion**<br>DOB: 2004; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-06324MJ |

| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 1, 2026, in the District of Arizona, **Caleb Spencer Donovan Resurreccion**, knowing and in reckless disregard of the fact that certain illegal aliens, Eduardo Rubio-Chaparro, Jose Manuel Gonzalez-Valenzuela, and Heriberto Gaxiola-Baez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 1, 2026, in the District of Arizona (Sells), Border Patrol Agents (BPAs) were assigned to line duties near Federal Route (FR) 19 and State Route (SR) 86 on the Tohono O'odham Nation (TON). The TON is a closed nation and does not allow non-tribal members to be present without consent or special documentation. FR 19 is a two-lane paved road that runs from Sells, Arizona to the border and is commonly used as a smuggling route to transport illegal aliens. At approximately 5:41 p.m., BPAs observed a white 2011 Toyota Corolla hatchback travelling west on SR 86 near mile marker 132. The Corolla was unable to maintain its lane and was varying its speed. BPAs followed the Corolla as it turned onto FR 19. At approximately 6:03 p.m., the Corolla turned off FR 19 and onto FR 20. FR 20 is a two-lane paved road that runs west from Sells, Arizona towards the town of Cowlic and is a common route used by smuggling organizations. BPAs waited at the intersection of FR 19 and FR 20. At approximately 6:20 p.m., BPAs observed the Corolla returning to the intersection of FR 19 and FR20. Short turnaround times are a common tactic observed in smuggling events. Record checks on the Corolla returned to **Caleb Spencer Donovan Resurreccion** out of Tucson, Arizona. BPAs followed the Corolla as it travelled north on FR 19 toward Sells, Arizona and east onto SR 86. A vehicle stop was initiated and the Corolla yielded at mile marker 116 on SR 86. BPAs approached the driver, identified as **Caleb Spencer Donovan Resurreccion**, and asked him for his identification and if he had any weapons in the vehicle. **Resurreccion** stated that he had a pistol in his waistband. BPAs asked **Resurreccion** to exit the vehicle so they could retrieve the pistol and he complied. BPAs then performed an immigration inspection on the remaining three individuals in the Corolla, identified as Eduardo Rubio-Chaparro, Jose Manuel Gonzalez-Valenzuela, and Heriberto Gaxiola-Baez, and determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Eduardo Rubio-Chaparro, Jose Manuel Gonzalez-Valenzuela, and Heriberto Gaxiola-Baez do not possess the proper documentation to enter, pass through, or remain in the United States legally. **Resurreccion** was determined to be a United States citizen.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Eduardo Rubio-Chaparro, Jose Manuel Gonzalez-Valenzuela, and Heriberto Gaxiola-Baez

| Detention Requested | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL NAME and TITLE<br>Jeremy Sykes<br>Border Patrol Agent |

Sworn by telephone  __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 2, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

**Continued from front page.**

Material witness Eduardo Rubio-Chaparro stated that he is a citizen of Mexico and that he paid 17,000 Mexican pesos to be smuggled into the United States. He was going to pay an additional $6,000 once he reached Phoenix, Arizona. He crossed the border within a group of three individuals, and they were all communicating with a coordinator on WhatsApp. The coordinator informed them that a regular sedan would be picking them up. All three individuals in the group made it to the pick-up location and waited for two days. Rubio-Chaparro shared his location with the coordinator, and the coordinator shared it with the driver. The coordinator told him that a white car would arrive and honk the horn. When the white car arrived and sounded the horn, all three individuals entered the vehicle. The driver was the only individual in the vehicle when they entered and Rubio-Chaparro sat in the rear seat behind him. Moments after entering the vehicle, the driver was arrested by Border Patrol. Rubio-Chaparro described the driver as a male with dark skin and short, curly hair who was wearing glasses and a black T-shirt and gray shorts.

Material witness Jose Manuel Gonzalez-Valenzuela stated that he is a citizen of Mexico and that he paid 17,000 Mexican pesos to be smuggled into the United States. He was going to pay an additional $6,000 once he arrived in Phoenix, Arizona. He crossed the border with two other individuals, and they were all communicating with a coordinator on WhatsApp. The coordinator informed him that a regular sedan would be picking him up. The group waited at the pick-up location for two days and they shared their location with the coordinator. The coordinator was sharing their location with the driver and told them that whatever car stopped at their location and sounded the horn was the pick-up car. A sedan stopped at their location, and they immediately entered the vehicle. There was only one driver in the vehicle when they entered, and Gonzalez-Valenzuela sat in the front passenger seat. They never communicated with the driver. After entering the vehicle, they were stopped by Border Patrol and the driver was arrested. Gonzalez-Valenzuela described the driver as a black male with a slim body and short, curly hair who was wearing clear glasses, a black T-shirt and gray shorts.

Material witness Heriberto Gaxiola-Baez stated that he is a citizen of Mexico and that he agreed to pay $6,000 to be smuggled into the United States. He already paid a fee of 17,000 Mexican pesos. Gaxiola-Baez and his travel companions were transported to the border where they received navigation instructions and GPS coordinates for their route from a smuggler. He and his companions walked for two days to a location where they were to be picked up by a load vehicle. The smuggler sent a white sedan to the location and Gaxiola-Baez entered the rear seat of the vehicle. He was instructed by the male driver to fasten his seatbelt and pay a smuggling fee. Gaxiola-Baez told the driver that he did not have the money. Shortly after, the vehicle departed and was stopped by BPAs several minutes later.